# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
      **Plaintiff,**

    **v.**                            **Case No. 19-CR-74**

**GLENN K. BRYANT**
          **Defendant.**

## ORDER

Defendant Glenn Bryant moves for reconsideration of the denial of his compassionate release motion. He indicates that he did not receive a copy of the government response, and that he has additional medical evidence to present.

**IT IS ORDERED** that the government file a response to the motion for reconsideration on or before **October 7, 2022**. Defendant may file a reply to the government's response on or before **October 21, 2022**.

Dated at Milwaukee, Wisconsin, this 16th day of September, 2022.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge